# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00285-CV

### A. K. and T. A., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-FM-19-008463, THE HONORABLE JAN SOIFER, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellants A.K. and T.A. filed their notices of appeal on May 18, 2022. The appellate record was complete on June 9, 2022, making appellants' briefs due on June 29, 2022. On June 28, 2022, counsel for A.K. filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part. Therefore, we order Lisa Marie Mims and Robert Galvin to file appellants' briefs no later than July 19, 2022. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on July 8, 2022.

Before Justices Goodwin, Baker, and Kelly